UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

JULIAN ALCON GASPAR,

                             Petitioner,                       9:26-cv-00118(BKS)

v.

FREDERICK J. AKSHAR II, in his official capacity as
Warden of the Broome County Correctional
Facility; PAMELA BONDI, in her official capacity as U.S.
Attorney General; PHILIP RHONEY, in his official
capacity as Deputy Field Office Director, Buffalo Field
Office, U.S. Immigration & Customs Enforcement;
TAMMY MARICH, in her official capacity as Field
Office Director, Buffalo Field Office, U.S. Immigration &
Customs Enforcement; TODD LYONS, in his official
capacity as Acting Director, U.S. Immigration and
Customs Enforcement, KRISTI NOEM, in her official
capacity as Secretary of Homeland Security,

                             Respondents.
_____

**Appearances:**

*For Petitioner:*
Matthew K. Borowski
Borowski Witmer Immigration Lawyers
4343 Union Road
Buffalo, New York 14225

**Hon. Brenda K. Sannes, Chief United States District Judge:**

### ORDER TO SHOW CAUSE

Upon consideration of Petitioner Julian Alcon Gaspar's Petition for Writ of Habeas Corpus, Dkt. No. 1, and good cause having been shown for the relief granted herein,

**IT IS ORDERED** that Respondents appear before the United States District Court for the Northern District of New York, located at 100 S. Clinton Street, Syracuse, New York 13261,

on Thursday, February 5, 2026, at 10:30 AM and SHOW CAUSE why the Petition for Writ of Habeas Corpus should not be granted.

**IT IS FURTHER ORDERED** that Respondents file a response to the Petition no later than Tuesday, January 27, 2026.

**IT IS FURTHER ORDERED** that Petitioner shall have the opportunity to file a reply by Thursday, January 29, 2026.

**IT IS FURTHER ORDERED** that Respondents are enjoined from moving Petitioner outside the jurisdiction of the Northern District of New York until this civil action is resolved.

**IT IS FURTHER ORDERED** that Petitioner is directed to serve the Petition and this Order to Show Cause on Respondents and file a certificate of service by Monday January 26, 2026.

**IT IS SO ORDERED.**

Dated: <u>January 23, 2026</u>
Syracuse, New York

*Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge