UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JULIAN ALCON GASPAR,

                              Petitioner,                    9:26-cv-00118 (BKS)

v.

FREDERICK J. AKSHAR II, in his official capacity as Warden of the Broome County Correctional Facility; PAMELA BONDI, in her official capacity as U.S. Attorney General; PHILIP RHONEY, in his official capacity as Deputy Field Office Director, Buffalo Field Office, U.S. Immigration & Customs Enforcement; TAMMY MARICH, in her official capacity as Field Office Director, Buffalo Field Office, U.S. Immigration & Customs Enforcement; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, KRISTI NOEM, in her official capacity as Secretary of Homeland Security,

                              Respondents.

---

**Appearances:**

*For Petitioner:*
Matthew K. Borowski
Borowski Witmer Immigration Lawyers
4343 Union Road
Buffalo, New York 14225

*For Respondent Akshar II*
Cheryl Sullivan
Broome County Attorney
Joshua T. Terrell
Assistant County Attorney II
60 Hawley Street
Binghamton, New York 13901

*For Respondents Bondi, Rhoney, Marich, Lyons, and Noem*
Emer M. Stack
Assistant United States Attorney
United States Attorney's Office
100 South Clinton Street
Syracuse, New York 13261

**Hon. Brenda K. Sannes, Chief United States District Judge:**

## ORDER

On October 18, 2025, Petitioner Julian Alcon Gaspar, a noncitizen who has been present in the United States since 2019 and has been granted Special Immigrant Juvenile Status ("SIJS") and deferred action, was taken into custody by Immigration and Customs Enforcement ("ICE") and remains detained at Broome County Jail in Binghamton, New York. (Dkt. No. 1, ¶ 1). On January 23, 2026, Petitioner filed a petition under 28 U.S.C. § 2241 for a writ of habeas corpus seeking an order granting his immediate release, or, in the alternative, a bond hearing, and an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), as amended, 28 U.S.C. § 2412. (*Id.* at 19–21). Having received briefing from all parties, (Dkt. Nos. 1, 5, 6, 8, 9), and having held a hearing on February 5, 2026, the Court grants the Petition and orders Petitioner's immediate release. The Court will issue a written decision setting forth the reasons for this Order in more detail and addressing Petitioner's request for EAJA fees and costs.

Accordingly, it is

**ORDERED** that the Petition for a writ of habeas corpus (Dkt. No. 1) is **GRANTED**; and it is further

**ORDERED** that Respondents shall **immediately release Petitioner Julian Alcon Gaspar from custody**; and it is further

**ORDERED** that Respondents shall certify compliance with this Order by filing a status report by 5 p.m., February 6, 2026; and it is further

**ORDERED** that having considered the particular circumstances of this case and *Mathews v. Eldridge*, 424 U.S. 319 (1976), Petitioner Julian Alcon Gaspar shall not be re-detained without adequate notice to Petitioner and his counsel, and without an opportunity to be heard at a hearing where the Government will have the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a) and the burden to demonstrate by clear and convincing evidence that Petitioner is either a danger to the community or a flight risk; and it is further

**ORDERED** that pending the issuance of any final removal order against Petitioner Julian Alcon Gaspar, Respondents are also enjoined from denying him bond in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b), absent a change in relevant circumstances, consistent with the Court's oral order.

**IT IS SO ORDERED.**

Dated: February 5, 2026
         Syracuse, New York

*Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge

3